# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

REUBEN J. BILLIOT

NO. 2024 KW 1272

**JANUARY 29, 2025**

---

In Re:    Reuben J. Billiot, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 587,095.

---

BEFORE:    **PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**STAY DENIED. WRIT DENIED.**

**AHP**
**TPS**

**Calloway, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.